**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 03-6399**

—————

RICHARD LEON GROAT,

Petitioner - Appellant,

versus

MICHAEL COLEMAN, Acting Warden Mount Olive
Correctional Center,

Respondent - Appellee.

—————

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  Irene M. Keeley, Chief
District Judge.  (CA-02-7-1)

—————

Submitted:  June 12, 2003          Decided:  June 17, 2003

—————

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Richard Leon Groat, Appellant Pro Se.  Dawn Ellen Warfield, OFFICE
OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West
Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard Leon Groat seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Groat has not made a substantial showing of the denial of a constitutional right. See Miller v. Cockrell, 123 S. Ct. 1029, 1040 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2